MAURICE HOSCH, an Infant, etc., by FRANCES LEVINE, His Guardian ad Litem, Respondent, v. THE NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents upon the ground that the retaking of the tool in question was a personal act of the employee and not one in furtherance of the master's business.

FRANCES HOSCH, Amended to Read EDWARD HOSCH, Respondent, v. THE NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents upon the ground stated in *Hosch* v. *New York Telephone Company* (*ante*, p. 848), decided herewith.

CHARLES JACOBS, Respondent, v. BANK OF CONEY ISLAND, Appellant.— Order granting plaintiff's motion to vacate notice for his examination before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think the examination should be allowed because of the special and peculiar circumstances shown. Jaycox, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent, and vote to affirm on the opinion of Carswell, J., at Special Term.

HYMAN KATZ, Appellant, v. JOSEPH SCHIFFER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LENA KATZ, Appellant, v. JOSEPH SCHIFFER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL E. KELLY, Respondent, v. GEORGE LEARY CONSTRUCTION COMPANY, Appellant.— It appears from the record that proper service of process has been made, and that the action is now at issue and undetermined. The question presented in the present appeal, therefore, is purely academic. Under these circumstances, the appeal is dismissed, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MARY LAURINO, Respondent, v. ITALIAN DRESS & WAIST MAKERS SUMMER COLONY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ABRAHAM LAUTERSTEIN and HARRY SHACHTER, Appellants, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— Order denying plaintiffs' motion for an injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We think the Municipal Court is without jurisdiction to entertain the summary proceeding complained of, and that, therefore, the defendant should be enjoined from prosecuting it. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JEANNETTE MICHAELIS, an Infant, etc., by BESSIE MICHAELIS, Her Guardian ad Litem, Appellant, v. JOSEPH SCHIFFER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.